CO-386
10/2018

# United States District Court
# For the District of Columbia

American Oversight                )
                                  )
                                  )
                      Plaintiff   )     Civil Action No. __19-1857_____
            vs                    )
                                  )
U.S. Department of the Interior, et al.   )
                                  )
                                  )
                      Defendant   )

### CERTIFICATE RULE LCvR 26.1

l, the undersigned, counsel of record for __American Oversight_____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __American Oversight_____ which  have

any outstanding securities in the hands of the public:

   None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__1034361_____          Hart W. Wood
BAR IDENTIFICATION NO.               Print Name

                                     1030 15th Street B255
                                     Address

                                     Washington     DC      20005
                                     City           State   Zip Code

                                     202-873-1743
                                     Phone Number